UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARK SCHWARTZ, | No. C-12-00586- YGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This action came before the Court, the Honorable Yvonne Gonzalez Rogers presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of July 26, 2012, Defendant's Motion to Dismiss is GRANTED.

IT IS SO ORDERED:

DATED: August 6, 2012

*/s/ Yvonne Gonzalez Rogers*

HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge