UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MARK SCHWARTZ,**

    Plaintiff,

  v.

**UNITED STATES OF AMERICA,**

    Defendant.

Case No. 12-cv-00586-YGR

**ORDER SETTING COMPLIANCE HEARING**

A compliance hearing regarding the parties' briefing schedule on the issue remanded in this action shall be held on March 6, 2015 on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a stipulated briefing schedule on the remanded question/s; or (b) a one-page joint statement setting forth an explanation for their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**